```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AMJEN ENTERTAINMENT, INC.,

                  Plaintiff,       09 Civ. 6464 (DAB)(HBP)
                                       ADOPTION OF REPORT
        -against-           AND RECOMMENDATION

FUNKY BUDDHA PRODUCTIONS, L.L.C.,
FUNKY BUDDHA MEDIA, L.L.C., and
INTERNATIONAL CREATIVE MANAGEMENT,
INC.,

                  Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge Henry B. Pitman, which was filed May 13, 2010. The Report recommends that because the Plaintiff has advised that it is waiving its right to recover attorney's fees, there is no longer any need for an inquest and that the matter should be closed.

    According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b)(2) (stating that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised accordingly in Judge Pitman's Report and Recommendation, to date, no objections to the Report have been filed.

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 16, of United States Magistrate Judge Henry B. Pitman, dated May 13, 2010, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Plaintiff's right to attorney's fees in this matter is hereby waived;

3. The Clerk of Court is directed to CLOSE the Docket in this case.

SO ORDERED.

DATED:   New York, New York

June 3, 2010

Deborah A. Batts
United States District